FILED
2020 Jun-19 PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ERICA MARIE CAGLE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| v. ) | **5:18-cv-201-AKK** |
| ) | |
| **MADISON COUNTY, ALABAMA, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Defendant Blake L. Dorning's Motion to Withdraw as Counsel as to J. Bradley Emmons is **GRANTED**.  (Doc. 85).

**DONE** this 19th day of June, 2020.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**