IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ERICA MARIE CAGLE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:18-cv-00201-AKK |
| | ) | |
| MADISON COUNTY, ALABAMA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

COMES NOW L. Franklin Corley, IV and respectfully requests that the Court allow him to withdraw from continued representation of Defendants Madison County, Alabama and the Madison County Commission. In support of this motion, counsel states that said defendants will continue to be represented by J. Bentley Owens, III.

WHEREFORE, undersigned counsel respectfully requests that he be permitted to withdraw from any continued representation of defendants Madison County, Alabama and the Madison County Commission in this matter.

DATED this 24th day of June, 2020.

s/ L. Franklin Corley, IV<br>L. Franklin Corley, IV

Lanier Ford Shaver & Payne, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100 / Fax: 256-533-9322
E-mail: lfc@LanierFord.com

Attorney for Defendants Madison County, Alabama
and the Madison County Commission

## CERTIFICATE OF SERVICE

      I certify that I have filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to those parties of record who are registered for electronic filing, and further certify that those parties of record who are not registered for electronic filing have been served by mail by depositing a copy of the same in the United States mail, first class postage prepaid and properly addressed to them as follows:

Kerri Johnson Riley
Attorney at Law
120 Holmes Avenue, Ste. 403
Huntsville, AL 35801
Phone: 256-535-0800
Email: kjr@kerrijohnsonriley.net

George W. Royer, Jr.
David J. Canupp
Lanier Ford Shaver & Payne, P.C.
P. O. Box 2087
2101 West Clinton Avenue, Suite 102 (35805)
Huntsville, AL 35804
Phone: 256-535-1100
Fax: 256-533-9322
E-Mail: gwr@LanierFord.com
Email: djc@LanierFord.com

J. Bentley Owens, III
ELLIS, HEAD, OWENS, JUSTICE & ARNOLD
113 North Main Street
P. O. Box 587
Columbiana, Alabama 35051
Telephone: (205) 669-6783
E-mail: bowens@wefhlaw.com

on this the 24th day of June, 2020.

                                        s/ L. Franklin Corley, IV
                                        L. Franklin Corley, IV