FILED
2020 Jun-29 PM 12:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **ERICA MARIE CAGLE,** | ) |
| Plaintiff, | ) |
| | ) Civil Action Number |
| v. | ) **5:18-cv-201-AKK** |
| | ) |
| **THE MADISON COUNTY, ALABAMA SHERIFF'S OFFICE, et al.,** | ) |
| Defendants. | ) |

## ORDER

The Defendant Madison County, Alabama and The Madison County Alabama Commission's Motion to Withdraw as Counsel as to L. Franklin Corley, IV is **GRANTED**.  (Doc. 90).

**DONE** this 29th day of June, 2020.

_____
**ABDUL K. KALLON**
**UNITED STATES DISTRICT JUDGE**