# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ERICA MARIE CAGLE,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**MADISON COUNTY, ALABAMA,** )<br>**ET AL.,** )<br>**Defendants,** ) | **Civil Action Number:**<br>**5:18-cv-00201-AKK** |

## ORDER

This matter came before the court for a discovery conference related to the Sheriff's responses to plaintiff's discovery. Consistent with the rulings made during the call, the court orders as follows:

1. RFP 1, 5-8 – The sheriff's objections are overruled and the sheriff is ordered to produce the disciplinary write-ups, if any, from the 201 files related to sexual harassment (broadly to include those complaints subsequently classified as rudeness or conduct unbecoming), documents related to the training on sexual harassment these five individuals received, and documents outlining or documenting promotions, if any, these individuals received after they were accused of alleged sexual harassment-type behavior.

2. RFP 9 and 12 – The sheriff's objections are overruled and, for the alleged perpetrators in the list of individuals the plaintiff has already produced and

for the five individuals from RFP 1, 5-8, the Sheriff is ordered to review the files of the office previously identified as Internal Affairs and produce any documents pertaining or relating to complaints for alleged sexual comments, sexual innuendo, misconduct of a sexual nature, sexual harassment, sex discrimination or retaliation.

3. The issues related to insurance are premature and will be revisited, if necessary, after counsel for the plaintiff reviews the documents that counsel for the sheriff indicated she plans to send to counsel for the plaintiff.

**DONE** the 2nd day of November, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE